UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 18-10468-NMG |
| | ) | | |
| 1.   DJUNA GONCALVES, | ) | | |
|      Defendant | ) | | |

## INFORMATION

Pursuant to Title 21, United States Code, Section 851, the United States files this Information giving notice that at the sentencing of defendant Djuna Goncalves, the United States will seek increased punishment by reason of at least one of the following criminal convictions:

1. Brockton District Court. Docket Number 0815-CR-4732. Offense: Possession With Intent to Distribute Cocaine and Marijuana

2. Brockton District Court. Docket Number 0915-CR-3509. Offense: Distribution of Marijuana.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   /s/ Christopher Pohl
      Christopher Pohl
      Alathea Porter
      Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 20, 2018.

/s/ Christopher Pohl
Christopher Pohl
Assistant U.S. Attorney