FILED
IN CLERKS OFFICE

2021 OCT -4 AM 11: 05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) DJUNA GONCALVES,<br><br>Defendant | ) Criminal No. 18-10468-NMG(ss)<br>)<br>) Violations:<br>)<br>) Count One: Conspiracy to Distribute and to<br>) Possess with Intent to Distribute 100 Grams or<br>) More of Heroin, 400 Grams or More of<br>) Fentanyl, Cocaine, Cocaine Base, Oxycodone,<br>) and Marijuana<br>) (21 U.S.C. § 846)<br>)<br>) Count Two: Possession with Intent to<br>) Distribute 100 Grams or More of Heroin<br>) (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(i))<br>)<br>) Counts Three and Seven: Felon in Possession<br>) of Firearm and Ammunition<br>) (18 U.S.C. § 922(g)(1))<br>)<br>) Counts Four and Eight: Possession of a Firearm<br>) in Relation to a Drug Trafficking Offense<br>) (18 U.S.C. § 924(c)(1)(A)(i))<br>)<br>) Count Five: Possession with Intent to<br>) Distribute Fentanyl; Aiding and Abetting<br>) (21 U.S.C. § 841(a)(1); 18 U.S.C. § 2)<br>)<br>) Count Six: Possession with Intent to Distribute<br>) 40 Grams or More of Fentanyl, Cocaine,<br>) Cocaine Base, and Marijuana; Aiding and<br>) Abetting<br>) (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi);<br>) 18 U.S.C. § 2)<br>)<br>) Drug Forfeiture Allegation:<br>) (21 U.S.C. § 853)<br>)<br>) Firearm Forfeiture Allegation:<br>) (18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)) |

SUPERSEDING INFORMATION

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
100 Grams or More of Heroin, 400 Grams or More of Fentanyl, Cocaine, Cocaine Base,
Oxycodone, and Marijuana
(21 U.S.C. § 846)

The United States Attorney charges:

From in or about February 2014 through in or about November 2018, in Brockton, Boston, and elsewhere in the District of Massachusetts, the defendant,

(1) DJUNA GONCALVES,

conspired with persons known and unknown to the United States, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance; a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance; a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance; and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to this Count.

2

It is further alleged that the offense charged in Count One involved 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i) is applicable to this Count.

It is further alleged that, with respect to Count One, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, (1) DJUNA GONCALVES. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to (1) DJUNA GONCALVES.

It is further alleged that, with respect to Count One, 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, were reasonably foreseeable by, and are attributable to, (1) DJUNA GONCALVES. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i) is applicable to (1) DJUNA GONCALVES.

All in violation of Title 21 United States Code, Section 846.

## COUNT TWO
Possession with Intent to Distribute
100 Grams or More of Heroin
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(i))

The United States Attorney further charges:

On or about February 28, 2014, in Brockton, in the District of Massachusetts, the defendant,

(1) DJUNA GONCALVES,

did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(i).

## COUNT THREE
## Felon in Possession of Firearm and Ammunition
## (18 U.S.C. § 922(g)(1))

The United States Attorney further charges:

On or about February 28, 2014, in Brockton, in the District of Massachusetts, the defendant,

(1) DJUNA GONCALVES,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a Walther model P22 semi-automatic pistol bearing serial number L197651 and containing 10 rounds of Remington brand .22 caliber ammunition, and a .22 caliber Erl Svendsen Firearms Manufacturing Company Model "Four Aces" Derringer-style pistol bearing serial number 5631 and containing one round of Remington brand .22 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR
Possession of a Firearm in Furtherance of a Drug Trafficking Offense
(18 U.S.C. § 924(c)(1)(A)(i))

The United States Attorney further charges:

On or about February 28, 2014, in Brockton, in the District of Massachusetts, the defendant,

(1) DJUNA GONCALVES,

did knowingly possess a firearm, to wit: a Walther model P22 semi-automatic pistol bearing serial number L197651 and containing 10 rounds of Remington brand .22 caliber ammunition, and a .22 caliber Erl Svendsen Firearms Manufacturing Company Model "Four Aces" Derringer-style pistol bearing serial number 5631 and containing one round of Remington brand .22 caliber ammunition, in furtherance of a drug trafficking crime, to wit: conspiracy to distribute and possess with intent to distribute 100 grams or more of heroin, 400 grams or more of fentanyl, cocaine, cocaine base, and marijuana, in violation of 21 U.S.C. § 846, as charged in Count One of this Superseding Information, and possession with intent to distribute 100 grams or more of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(i), as charged in Count Two of this Superseding Information.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FIVE
### Possession with Intent to Distribute Fentanyl; Aiding and Abetting
### (21 U.S.C. § 841(a)(1); 18 U.S.C. § 2)

The United States Attorney further charges:

On or about October 12, 2018, in Brockton, West Barnstable, and elsewhere in the District of Massachusetts, the defendant,

(1) DJUNA GONCALVES,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

7

## COUNT SIX
### Possession with Intent to Distribute 40 Grams or More of Fentanyl, Cocaine, Cocaine Base, and Marijuana; Aiding and Abetting
### (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § 2)

The United States Attorney further charges:

On or about October 21, 2018, in Brockton, in the District of Massachusetts, the defendant,

### (1) DJUNA GONCALVES,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance; a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance; and 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi), and Title 18, United States Code, Section 2.

## COUNT SEVEN
### Felon in Possession of Firearm and Ammunition
### (18 U.S.C. § 922(g)(1))

The United States Attorney further charges that:

On or about October 21, 2018, in Brockton, in the District of Massachusetts, the defendant,

### (1) DJUNA GONCALVES,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a Glock Model 30 .45 caliber semi-automatic pistol bearing serial number XYS976 and containing 9 rounds of Hornady brand .45 caliber ammunition, an Interordnance Incorporated Sporter Model 7.62 x 39 millimeter rifle bearing serial number 5004699, and 26 rounds of 7.62 caliber Tulammo brand ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT EIGHT
### Possession of a Firearm in Furtherance of a Drug Trafficking Offense
### (18 U.S.C. § 924(c)(1)(A)(i))

The United States Attorney further charges:

On or about October 21, 2018, at Brockton, in the District of Massachusetts, the defendant,

### DJUNA GONCALVES,

did knowingly possess a firearm, to wit: a Glock Model 30 .45 caliber semi-automatic pistol bearing serial number XYS976 and containing 9 rounds of Hornady brand .45 caliber ammunition, and an Interordnance Incorporated Sporter Model 7.62 x 39 millimeter rifle bearing serial number 5004699 and 26 rounds of 7.62 caliber Tulammo brand ammunition, in furtherance of a drug trafficking crime, to wit: conspiracy to distribute and possess with intent to distribute 100 grams or more of heroin, 400 grams or more of fentanyl, cocaine, cocaine base, and marijuana, in violation of 21 U.S.C. § 846, as charged in Count One of this Superseding Information, and possession with intent to distribute 40 grams or more of fentanyl, cocaine, cocaine base, and marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi), as charged in Count Six of this Superseding Information.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## DRUG FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

1.  Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 841 and 846, set forth in Counts One, Two, Five, and Six, the defendant,

(1) DJUNA GONCALVES,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant –

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The United States Attorney further alleges:

1.  Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 922(g)(1) and 924(c), set forth in Counts Three, Four, Seven, and Eight, the defendant,

(1) DJUNA GONCALVES,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

   a. a Walther model P22 semi-automatic pistol bearing serial number L197651 and containing 10 rounds of Remington brand .22 caliber ammunition, and a .22 caliber Erl Svendsen Firearms Manufacturing Company Model "Four Aces" Derringer-style pistol bearing serial number 5631 and containing one round of Remington brand .22 caliber ammunition; and

   b. a Glock Model 30 .45 caliber semi-automatic pistol bearing serial number XYS976 and containing 9 rounds of Hornady brand .45 caliber ammunition, an Interordnance Incorporated Sporter Model 7.62 x 39 millimeter rifle bearing serial number 5004699, and 26 rounds of 7.62 caliber Tulammo brand ammunition.

2.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: _____
Christopher Pohl
Alathea E. Porter
Assistant U.S. Attorneys